```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
MILAGROS ANDUJAR DE ARROYO,   :
                              :   **REVISED SCHEDULING ORDER**
                  Plaintiff,  :
                              :   19 Civ. 5349 (SDA)
            v.                :
                              :
ANDREW M. SAUL,               :
Commissioner of Social Security,
                              :
                  Defendant.  :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2019

IT IS HEREBY ORDERED, that the schedule for this case is amended as follows:

1. The Commissioner shall file a motion for judgment on the pleadings by January 10, 2020.

2. Plaintiff shall file an answering brief by March 10, 2020.

3. The Commissioner shall file any reply brief by March 31, 2020.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated:   New York, New York
         December __6__, 2019

_____
STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE