USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MILAGROS ANDREA ANDUJAR DE ARROYO,

                Plaintiff,

         -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                 Defendant.
-----------------------------------------------------------X

19 **CIVIL** 5349 (SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2019, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 30, 2019

                                            **RUBY J. KRAJICK**
                                                Clerk of Court
                          BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/30/2019